Jeff Cross X43682
**Name and Prisoner/Booking Number**

Sacramento Jail
**Place of Confinement**

Rio Consumnes Correctional Center
**Mailing Address**

12500 Bruceville Rd 95757
**City, State, Zip Code**

FILED
NOV 01 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jeffery Cross,
(Full Name of Plaintiff)   Plaintiff,

v.

(1) Sacramento Jail Medical
(Full Name of Defendant)
(2) Citrus Heights Police
(3) Miyamura
(4) Ericson
          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21-CV 2016 - JDP  PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento Main Jail

## B. DEFENDANTS

1. Name of first Defendant: __Miyamura__. The first Defendant is employed as:
   __Citrus Heights Police__ at __Sacramento Jail__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Ericson Zachariah__. The second Defendant is employed as:
   __Police Dept Citrus Heights__ at __Citrus Heights__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Medical Unit At Jail__. The third Defendant is employed as:
   __DR of the Jail__ at __Sacramento Jail__.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: __Sacramento County__. The fourth Defendant is employed as:
   __Orthopedic DR__ at __Sac County Jail__.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## E. REQUEST FOR RELIEF

State the relief you are seeking: Pain & Suffering and all medical cost to fix my shoulder. And A substancial cash amount to hold me over till I'm healed

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept 4, 2021
DATE

Jeff Cross
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

# CLAIM III

1. State the constitutional or other federal civil right that was violated: My need for Medical attention

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Both police officers slammed me down as hard as they could and proceeded to pull my arm out of socket. I'm still hurt and have gotten no relief from it. And I've gotten no medical help other than x-rays on shoulder and told it didn't warrant any medical assistance. My shoulder is out of place, and you can see by the x-rays that it is messed-up.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). My shoulder is hurt, its my collar bone that is pulled because it is setting above the top of my shoulder. I'm in more pain every day.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I put in two medical [illegible]

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

# CLAIM II

1. State the constitutional or other federal civil right that was violated: My need for medical attention and lack of care.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. The Sac County Jail did not see my for about a month. Then did not book me in over that month. I wrote 2 grievances and they failed at giving me the care and the medical needs required. They did not do anything for almost a month. You can see by the X-rays taken at the jail that there are some medical issues that need to be fixed. Unfortunately all I was given was a quick excuse and told my shoulder was just that hurt and it would fix it self in a couple of years. They gave me Tylenol and that's about it. I've been incarcerated for over 60 days without any help with my pain or injury.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Slammed down on top of my nose. Severe head injury. They twisted my arm till it popped out of socket.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __Medical care__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was booked at Sacramento County Jail on June 8, 2021 when I was booked and seen the nurse [illegible handwriting continues — largely illegible]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). The police slammed me on the ground on top of my bike and pulled my shoulder out of place and me bell [illegible]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3