UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY CROSS,<br><br>          Plaintiff,<br><br>    v.<br><br>SACRAMENTO JAIL MEDICAL, *et al.*,<br><br>          Defendants. | Case No.  2:21-cv-02016-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT OR NOTICE OF ELECTION TO STAND BY HIS COMPLAINT<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On May 11, 2022, I screened plaintiff's complaint and notified him that it did not state a cognizable claim. ECF No. 5. I granted him thirty days from the date of that order either to file an amended complaint or to advise the court that he wished to stand by his complaint. *Id.* at 3. On September 1, 2022, I screened plaintiff's first amended complaint, notified him again that it did not state a cognizable claim, and granted him thirty days to either file an amended complaint or to advise the court that he wished to stand by his complaint. ECF No. 10. Plaintiff had not filed an amended complaint by the deadline, and accordingly on November 2, 2022, I ordered him to show cause why this case should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 11. I also instructed plaintiff that if he wished to continue with this lawsuit, he must file, within twenty-one days, an amended complaint. *Id.* at 2.

Plaintiff has responded to the order to show cause but has neither filed an amended complaint nor indicated with sufficient clarity that he wishes to stand by his current complaint.

1 ECF No. 12. In his response, plaintiff states: "I've explained my complaint to the best of my
2 ability. I don't know what else to do." *Id.* at 2. While plaintiff has the right to stand by his
3 complaint, he must express his desire to do so unequivocally. Out of an abundance of caution, I
4 will grant plaintiff one final opportunity either (1) to file an amended complaint or (2) to notify
5 the court that he wishes to stand by his current complaint, subject to dismissal.
6       Accordingly, it is hereby ORDERED that plaintiff shall file either an amended complaint
7 or a notice of election to stand by his complaint within thirty days of issuance of this order.

IT IS SO ORDERED.

Dated:   December 21, 2022                               _____
                                                                JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.

Dated:   <u>December 21, 2022</u>

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE