UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEFFERY CROSS, | Case No. 2:21-cv-02016-JDP (PC) |
|---|---|
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS CASE |
| v. | |
| SACRAMENTO JAIL MEDICAL, *et al.*, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM |
| Defendants. | |
| | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On September 1, 2022, I screened plaintiff's first amended complaint, notified him that it failed to state a claim, and gave him thirty days to file an amended complaint. ECF No. 10. I also warned plaintiff that failure to comply with the September 1 order could result in dismissal of this action. *Id*. at 4. Plaintiff did not file an amended complaint. Accordingly, on November 2, 2022, I ordered him to show cause within twenty-one days why this action should not be dismissed. ECF No. 11. I notified him that if he wished to continue with this action, he must file an amended complaint within twenty-one days. I warned him that failure to comply with the order would result in a recommendation that this action be dismissed. *Id*.

Plaintiff filed a response to the order to show cause, but he did not file an amended complaint or indicate with sufficient clarity that he wished to stand by his complaint. *See* ECF

1

No. 12. Therefore, on December 21, 2022, I granted plaintiff thirty days to either file an amended complaint or notify the court that he wished to stand by his complaint, subject to dismissal. ECF No. 13.

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the December 21, 2022 order.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Further, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim, for the reasons set forth in the September 1, 2022 and December 21, 2022 orders.

2. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   March 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2