UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY CROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>SACRAMENTO JAIL MEDICAL, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-02016-KJM-JDP (PC)<br><br>ORDER VACATING THE MARCH 8, 2023 FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 15 |

  On September 1, 2022, I screened plaintiff's first amended complaint and found that the complaint's allegations were insufficiently related to proceed in the same lawsuit. ECF No. 10. Accordingly, I granted plaintiff thirty days to file an amended complaint. *Id.* at 4. I also warned plaintiff that failure to comply with the September 1 order could result in dismissal of this action. *Id.* Plaintiff did not file an amended complaint. Thus, on November 2, 2022, I ordered him to show cause within twenty-one days why this action should not be dismissed. ECF No. 11. I notified him that if he wished to continue with this action, he must file an amended complaint within twenty-one days. I warned him that failure to comply with the order would result in a recommendation that this action be dismissed. *Id.* Plaintiff responded to the order to show cause, but he did not file an amended complaint or indicate with sufficient clarity that he wished to stand by his complaint. ECF No. 12. Out of an abundance of caution, on December 21, 2022, I granted

plaintiff thirty days to either file an amended complaint or notify the court that he wished to stand by his complaint, subject to dismissal.  ECF No. 13.  Plaintiff did not respond by the deadline; thus, I issued findings and recommendations on March 8, 2023 that recommended dismissal of this matter based on plaintiff's failure to prosecute, failure to comply with court orders, and failure to state a claim.  ECF No. 14.  I also granted plaintiff fourteen days to file objections.

        Plaintiff has since filed untimely objections to the March 8, 2023 findings and recommendations.  ECF No. 15.  In light of plaintiff's objections, I will vacate my March 8 findings and recommendations and allow plaintiff thirty days to file an amended complaint that includes all claims that he wishes to pursue in this action.  Plaintiff is reminded that the amended complaint will supersede the current complaint.  *See Lacey v. Maricopa Cnty.*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en banc).  Plaintiff's amended complaint must be complete on its face without reference to the prior pleading.  *See* E.D. Cal. L.R. 220.

        Accordingly, it is hereby ORDERED that:

    1. The March 8, 2023 findings and recommendations, ECF No. 14, are vacated.

    2. Plaintiff shall file an amended complaint within thirty days of issuance of this order.

    3. The Clerk of Court is directed to send plaintiff a form complaint.

IT IS SO ORDERED.

Dated:   April 13, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE